# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALEXANDER MOSS,<br><br>        Plaintiff,<br><br>v.<br><br>JESSICA KRAUSE, CRYSTAL KELLY, NIKITA BARBEAU, KYLE DEMERS, NATHAN WOLF, DEREK SCHOUTEN, NATHAN HAYNES, and WAYNE BAUER,<br><br>        Defendants. | Case No. 18-CV-157-JPS<br><br><br><br>**ORDER** |

On September 17, 2018, the Court ordered Plaintiff to respond to Defendants' motion to compel no later than September 25, 2018. (Docket #20). The Court warned that if he failed to do so, it would grant the motion and dismiss this action for failure to prosecute. *Id.* The deadline has passed and Plaintiff has not responded to the motion or otherwise communicated with the Court. This action will, therefore, be dismissed without prejudice. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of September, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge